# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**STEPHANIE WELLS COTTON, Individually**  **PLAINTIFFS**
**and as Executrix of the Estate of Edna Lee Giles-Vaughn,**
**Deceased;**

**JOYCE ANN DUNN, Individually and as**
**Executrix of the Estate of Versie Mae Buchanan,**
**Deceased, and**

**DARRELL VAUGHN, Individually and as Executor of the**
**Estate of Robert Vaughn, Deceased**

**and**

**RONALD VALENTINE**  **INTERVENOR PLAINTIFF**

**V.**  **NO. 4-02-CV-00604 GTE**

**COMMODORE EXPRESS, INC.,**
**RYDER TRUCK RENTAL, INC. d/b/a**
**RYDER TRANSPORTATION SERVICES,**
**STEPHENSON TRUCKING, INC., and**
**OLD REPUBLIC INSURANCE COMPANY**  **DEFENDANTS**

## ORDER

Defendant Commodore Express, Inc.'s Motion in Limine (Docket No. 111) is hereby DENIED WITHOUT PREJUDICE to renew same. Although the motion has been pending since June 4, 2004, this Court is unable to address it. Since August of 2004, this matter has been on interlocutory appeal to the Eighth Circuit Court of Appeals. If and when this matter is rescheduled for trial, Commodore Express may, if it desires, file a notice renewing said motion, without the necessity of re- filing the motion.

IT IS SO ORDERED THIS 30th day of September, 2005.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT COURT