**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**STEPHANIE WELLS COTTON,** *et al.*  **PLAINTIFFS**

**v.**  **NO. 4-02-CV-00604 GTE**
  **Consolidated with:**
  **No. 4:02-CV-00731 GTE**
  **No. 4:03-CV-00003 GTE**

**COMMODORE EXPRESS, INC.,** *et al.*  **DEFENDANTS**

### JUDGMENT

Pursuant to the Memorandum Opinion and Order filed in this matter this date granting summary judgment in favor of Separate Defendant Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services ("Ryder") it is hereby CONSIDERED, ORDERED, AND ADJUDGED that all pending claims against Ryder in these three consolidated actions be, and they are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this ___30th___ day of January, 2007.

  /s/Garnett Thomas Eisele
  UNITED STATES DISTRICT JUDGE