**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**STEPHANIE WELLS COTTON,** *et al.* **PLAINTIFFS**

**v.** **NO. 4-02-CV-00604 GTE**
**Consolidated with:**
**No. 4:02-CV-00731 GTE**
**No. 4:03-CV-00003 GTE**

**COMMODORE EXPRESS, INC.,** *et al.* **DEFENDANTS**

## ORDER OF DISMISSAL

Based upon the parties' representation that all claims in these three consolidated cases have been resolved by agreement,

IT IS THEREFORE ORDERED THAT all remaining claims asserted by any party be, and they are hereby, DISMISSED WITH PREJUDICE. The Court retains jurisdiction for thirty (30) days solely for the purpose of enforcing settlement.

IT IS SO ORDERED this __29th__ day of March, 2007.

                                              /s/Garnett Thomas Eisele
                                            UNITED STATES DISTRICT JUDGE